```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DANIEL JAMES SILVA,            )
                               )
          Plaintiff,           )
                               )
     v.                        )        1:21-cv-912
                               )
WALT DISNEY WORLD,             )
                               )
          Defendant.           )
```

## ORDER

On September 29, 2022, the United States Magistrate Judge's Memorandum Opinion, Order, and Recommendation ("Recommendation") was filed and on September 30, 2022, notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4). In the Recommendation, the Magistrate Judge's recommends that this action be dismissed under 28 U.S.C. § 1915(e)(2)(B) as frivolous for want of subject matter jurisdiction. No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, is **ADOPTED. IT IS FURTHER ORDERED** that this action be filed, and is hereby, **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B) as frivolous for want of subject matter jurisdiction.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 25th day of May, 2023.

/s/ William L. Osteen, Jr.
United States District Judge